**No. 09-11448. Travis Edward Dittrich, Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 201, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 7044.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 411.

**No. 09-11449. Aaron Castro, Petitioner v. Brian Williams, Warden, et al.**

562 U.S. 881, 131 S. Ct. 201, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 6769.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11450. Dana DeSosa, Petitioner v. Frederick Brown, Warden.**

562 U.S. 881, 131 S. Ct. 201, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 6713.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 901.

**No. 09-11451. Derrick Cruz, aka Reyes Benitez, aka David Cruz, Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 201, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 6523.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-11452. Cedric Demond Bowman, Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 201, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 6571.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 370 Fed. Appx. 487.

**No. 09-11453. Michael Donnell Butts, Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 202, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 6593.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 372.

**No. 09-11454. Marcel L. Brown, Sr., Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 202, 178 L. Ed. 2d 121, 2010 U.S. LEXIS 6522.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 370 Fed. Appx. 277.